**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6251

In the Matter of                                                                 Case Number:

Willie Jones v. City of Chicago, et al.,

JUDGE FILIP
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Willie Jones

| | |
|---|---|
| NAME (Type or print) | |
| Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel P. Kiss | |
| FIRM | |
| Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS | |
| 20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6256211 | 312-795-9595 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐