## United States District Court for the Northern District of Illinois

Case Number: 07CV6251      Assigned/Issued By: DAJ

Judge Name: FILIP      Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00      Receipt #: 2308827

Date Payment Rec'd: 11/05/07      Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

 4  Original and  4  copies on  11/05/07  as to DEF'S. _____
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm      03/14/05