IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6251 |
| | ) | |
| v. | ) | Judge Filip |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, with the agreement of Plaintiff, respectfully requests this Honorable Court for an extension of time until January 18, 2008, to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant City states:

1. This matter was filed on November 5, 2007, in the United States District Court, Northern District of Illinois, Eastern Division. Assistant Corporation Counsel, Rita Moran, was assigned to this matter on December 19, 2007.

2. Undersigned counsel is in the process of ordering the relevant Chicago Police Department records to enable the City to properly respond to Plaintiff's Complaint.

3. This motion is the Defendant City's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of this matter, nor will it prejudice Plaintiff.

4. Plaintiff's counsel was informed of this motion on December 19, 2007, and has agreed to the City's motion.

**WHEREFORE**, Defendant respectfully requests that it be given until January 18, 2008, to answer or otherwise plead to Plaintiffs' Complaint.

                                  Respectfully Submitted,

                                  MARA S. GEORGES
                                CORPORATION COUNSEL

BY:   **/s/ Rita Moran**
        RITA MORAN
        Assistant Corporation Counsel
        Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-9866
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon the person(s) named in the Notice of Motion, who is a "Filing User" pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 19th day of December, 2007.

      /s/ Rita Moran
      RITA MORAN