IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6251 |
| | ) | |
| v. | ) | Judge Filip |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   All parties of record

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**,** a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Filip, or before such other Judge sitting in her place or stead, on the 10th day of January, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

   **DATED** at Chicago, Illinois this 19th day of December, 2007.

                              MARA S. GEORGES
                              CORPORATION COUNSEL
                              CITY OF CHICAGO

                       BY:   /s/ Rita Moran
                              RITA MORAN
                              Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.: 06270301