UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE JONES, ) | |
|     Plaintiff, ) | No. 7 C 6251 |
| ) | |
|     vs. ) | Judge Filip |
| ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, ) | |
|     Defendants. ) | |

## JOINT INITIAL STATUS REPORT

A.     Lawrence V. Jackowiak, Louis J. Meyer and Daniel P. Kiss are the attorneys for the Plaintiff. Rita Moran is the attorney for the City of Chicago. Avi Kamionski is the attorney for the Defendant-Officers.

B.     This Court has jurisdiction over the federal claims pursuant to 28 U.S.C. §§ 1331 and 1343 (a). Jurisdiction for Plaintiff's state claims are based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

C.     Nature of claims: Section 1983 action alleging unreasonable seizure, failure to intervene, and excessive force; state law claims for malicious prosecution, and respondeat superior; and an indemnification claim pursuant to 745 ILCS 10/9-102. No counterclaims have been filed to date.

D.     All parties have been served.

E.     Legal issues involve §1983 unreasonable seizure, failure to intervene, excessive force, and a state law claim for malicious prosecution.

F.     Factual issues involve the police misconduct complained of; Plaintiff alleges that he was arrested without probable cause, he was beaten and choked by the Defendant-Officers while the other Defendant-Officers failed to intervene. Defendants deny the alleged misconduct and claim that the officers acted reasonably.

G.     There has been a request for a jury trial.

H.     The parties have not yet exchanged discovery. The parties expect to exchange Rule 26(a)(1) Disclosures shortly and request 6 months for fact discovery. Parties do not anticipate the use of experts at this time.

I. The parties will be ready for trial after the filing of the final pretrial order. The parties estimate a 2-3 day trial.

J. There is not unanimous consent to proceed before the Magistrate Judge.

K. The parties have initiated settlement discussions but have been unable to reach a settlement agreement.

L. The parties feel that a settlement conference would be most beneficial.

Respectfully Submitted,

| | |
|---|---|
| Dated: January 8, 2008 | Dated: January 8, 2008 |
| /s/ Lawrence V. Jackowiak | /s/ Avi Kamionski |
| Law Offices of Lawrence V. Jackowiak | Assistant Corporation Counsel |
| 20 North Clark Street, Suite 1700 | 30 North LaSalle Street, Suite 1400 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 744-9653 |
| *Counsel for the Plaintiff* | *Attorney for Defendant-officers* |

January 8, 2008

/s/ Rita Moran
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
*Attorney for City of Chicago*