UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Willie Jones
                      Plaintiff,

v.                                                      Case No.: 1:07–cv–06251
                                                          Honorable Mark Filip

City of Chicago, et al.
                      Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Martin C. Ashman for the purpose of holding proceedings related to: Settlement conference.(gl, )Judicial staff mailed notice.


Dated: January 10, 2008

                                                                                       /s/ Mark Filip

                                                                   United States District Judge