UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Willie Jones
                         Plaintiff,

v.                                           Case No.: 1:07−cv−06251
                                                  Honorable Mark Filip

City of Chicago, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

       MINUTE entry before Judge Mark Filip dated 3/6/08: This case is being reassigned to a new district judge. The status hearing set fo 3/11/08, before J. Filip, is stricken. The new assigned district judge will set a new status date.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.