## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Willie Jones
                        Plaintiff,

v.                                           Case No.: 1:07–cv–06251
                                              Honorable Mark Filip

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Martin C. Ashman :Settlement conference held on 3/6/2008. Case settled. Consents filed. Stipulation to dismiss to be filed. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Martin C. Ashman no longer referred to the case. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.