IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE JONES, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHICAGO, CHICAGO POLICE )<br>OFFICERS CHRIS BROWN, STAR 4093; JAMES )<br>CASCONE, STAR 1488; KEIONE FEAZELL, )<br>STAR 9848; AND UNKNOWN CHICAGO )<br>POLICE OFFICERS JOHN DOES AND JANE )<br>ROES 1-10, )<br>)<br>Defendants. ) | No. 07 C 6251<br><br>Magistrate Judge Ashman<br><br>Jury Demand |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Willie Jones, by one of his attorneys, Lawrence V. Jackowiak, and defendants, Chris Brown, James Cascone and Keione Feazell, by their attorney, Avi Kamionski, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Willie Jones, against defendants, City of Chicago, Chris Brown, James Cascone and Keione Feazell, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

~~Avi Kamionski~~ Christopher Wallace
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0747
~~Attorney No. 6283191~~
Attny No. 6278655

ENTER: _____
Magistrate Judge Ashman
United States District Court

DATED: **MAY 12 2008**