IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 0 1 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

WILLIE JONES,  )
            )
    Plaintiff,  )
            )
    vs.      )    No. 07 C 6251
            )
CITY OF CHICAGO, CHICAGO POLICE  )
OFFICERS CHRIS BROWN, STAR 4093; JAMES  )
CASCONE, STAR 1488; KEIONE FEAZELL,  )    Magistrate Judge Ashman
STAR 9848; AND UNKNOWN CHICAGO  )
POLICE OFFICERS JOHN DOES AND JANE  )
ROES 1-10,  )
            )
    Defendants.  )    Jury Demand

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

/s/ Lawrence V. Jackowiak
Lawrence V. Jackowiak
Attorney for plaintiff,
Willie Jones
Law Office of Lawrence V. Jackowiak
20 North Clark street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6231003
DATE: 4/15/2008

/s/ Christopher Wallace
Avi Kamionski  Christopher Wallace
Assistant Corporation Counsel
Attorney for defendants,
Chris Brown, James Cascone and Keione Feazell
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0747  (312) 742-6408
Attorney No. 6283191  Atty No. 6278655
Date: 4/30/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: /s/ Rita Moran
David Seery  Rita Moran
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5738  744-4931
Attorney No. 6270301
Date: 5/1/08

07 C 6251